UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Estefania Barron, Individually and on Behalf of All Similarly Situated Persons, <br><br> *Plaintiff,* <br><br> v. <br><br> Latinos Unidos Auto Sales, LLC and Arash "Andrew" Darvish-Kojori, <br><br> *Defendants.* | § § § § § § § § § § § § § § § <br> Case No. 4:22-cv-01400 |

## ORDER OF DISMISSAL ON STIPULATION

The Court has received the parties' Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on October 20, 2022 (Dkt. 16), in which the parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear their own costs and attorneys' fees.

Signed on October 31, 2022, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge